IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YE MING HUANG,<br>    *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| SAKURA MANDARIN, INC. *et al.*,<br>    *Defendant* | : | No. 21-3757 |

### ORDER

AND NOW, this 7th day of June, 2022, upon consideration of Defendants Anna Chen, Chili Bamboo LLC, and Dessert Pop, Inc.'s Motion for Judgment on the Pleadings (Doc. No. 13), Plaintiff Ye Min Huang's Response in Opposition (Doc. No. 14), and the oral argument held on April 22, 2022, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Defendants Anna Chen, Chili Bamboo LLC, and Dessert Pop, Inc.'s Motion for Judgment on the Pleadings (Doc. No. 13) is **GRANTED**.

2. If Mr. Huang seeks to amend his complaint, he must file a motion for leave to amend with the draft amended complaint by June 22, 2022.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE