IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YE MING HUANG, *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| SAKURA MANDARIN, INC. *et al.*, *Defendants* | : | No. 21-3757 |

## ORDER

AND NOW, this 28th day of September, 2022, upon consideration of Plaintiff's Motion for Conditional Collective Certification and Authorization of Notice to Similarly Situated Individuals (Doc. No. 18), Plaintiff's Affidavit in Support of the Motion for Conditional Collective Certification (Doc. No. 19), the Memorandum of Law in Support of the Motion for Conditional Collective Certification (Doc. No. 20), Defendants' Response in Opposition (Doc. No. 22), and the oral argument held on April 22, 2022, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Plaintiff's Motion for Conditional Collective Certification (Doc. No. 13) is **DENIED** without prejudice.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE